UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ANDRE WILLIAMS, JR.,

                                        Plaintiff,

    -v-

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant.        1:19-cv-00187-EAW
_____

      IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff is awarded attorney fees under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412, *et seq*.) in the amount of $7,274.79 (seven thousand two hundred seventy-four dollars and seventy-nine cents).  Such award is made in full satisfaction of any claim for fees, expenses and costs.  It is further agreed that payment will be made directly to Plaintiff's attorney if Plaintiff has agreed to assign the rights to fees to his attorney, provided that Plaintiff owes no debt that is subject to offset under the Treasury Offset Program.  Plaintiff hereby withdraws Plaintiff's Petition for Attorney Fees, Docket No. 22, and substitutes this Stipulation for his petition.

    DATED: August 14, 2020

| | |
|---|---|
| JAMES P. KENNEDY, JR.<br>United States Attorney | KENNETH HILLER, PLLC<br>Attorneys for Plaintiff |
| BY: /s Avni Gandhi<br>AVNI GANDHI<br>Special Assistant United States Attorney | BY: /s Jeanne Murray<br>JEANNE MURRAY<br>6000 North Bailey Ave., Ste. 1A |

Western District of New York
Social Security Administration
Office of the General Counsel
61 Forsyth Street, S.W.
Suite 20T45
  Atlanta, GA 30303
(404) 562-1085
  Avni.gandhi@ssa.gov

Amherst, New York 14226
(716) 564-3288
jmurray@kennethhiller.com

SO ORDERED

**ELIZABETH A. WOLFORD
United States District Judge
DATED: 08/14/2020**